### ELEAZER HOLDREN v. THE STATE OF OHIO.

MOTION for the allowance of a writ of error.

W. J. Rannella, for the plaintiff in error.
John Little, attorney-general, for the state.

BY THE COURT. Under the statute against adultery (S. & C., sec. 24), in order to render a married man guilty of deserting his wife and living and cohabiting with another woman in a state of adultery, it is not necessary that the woman with whom he lives and cohabits should be a married woman.

*Motion overruled.*